```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UMAR ALLI,
                                   :
          Plaintiff,                              ORDER
                                   :
     -against-                            12cv3947 (GBD)(MHD)
                                   :
WARDEN OF A.R.N.D.C. (RIKERS
ISLAND) et al.,                    :

          Defendants.              :
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

In compliance with our order dated July 9, 2015 (docket no. 123), defendants submitted to the court a copy of their responses to plaintiff's interrogatories and document requests, along with an accompanying letter. (See docket nos. 124-25). It is hereby **ORDERED** that plaintiff respond to these submissions by **JULY 24, 2015**.

**Dated: New York, New York**
**July 14, 2015**

SO ORDERED.

*[signature]*

**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing order have been sent today:

Via fax to:

    Daniel Guillermo Saavedra, Esq.
    NYC Law Department
    Office of the Corporation Counsel
    100 Church Street
    New York, NY 10007
    Fax: (212) 788-9776

Via U.S. Mail to:

    Umar Alli
    DIN#12A1086
    Clinton Corr. Facility
    P.O. Box 2000
    Dannemora, NY 12929
    PRO SE