```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UMAR ALLI,                                           :

                            Plaintiff,   :   ORDER

                                            :   12 Civ. 3947 (GBD) (GWG)
-v.-                                                 :

WARDEN OF A.R.N.D.C. et al.,                         :

                        Defendants.              :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     The plaintiff has moved to compel production of documents he requested in his second set of interrogatories, requests for admissions, and request for documents. See Motion to Compel Discovery, filed October 16, 2015 (Docket # 157); Affidavit in Support of Motion to Compel Discovery, filed October 16, 2015 (Docket # 158) ("Alli Affidavit"). Defendants' response (Docket # 161) construed the motion as not raising matters that had not previously been raised in a September 28, 2015 letter plaintiff sent to the defendants (attached as Exhibit B to # 157). For this reason, they did not address plaintiff's request that defendants provide documents responsive to Interrogatory Numbers 4 and 5. See Alli Affidavit at ¶ 5. The Court believes it best to proceed as if these requests are included in the plaintiff's motion to compel. Defendants are directed to respond to them on the merits in a letter filed on or before November 20, 2015.

SO ORDERED.

Dated: November 13, 2015
       New York, New York

                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge

Copy sent to:

Umar Alli
12-A-1086
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562