PRO SE INTAKE UNIT
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007

Umar Ali



Case # 12 cv 3447 (GBD)MD

against

Letter re: Docket Sheet

Warden of AR.N.D.C et, AL

SCANNED

Writing to respectfully request a courtesy copy of an updated docket sheet in this current matter be sent to my recent and current change of address 710 E 187 Street Apt S Bronx NY 10457.

I also reserve the right to offer the reviewance of the docket sheet to challenge the standing of any document pending or due. Due to no service of plaintiff

Thank you kindly

Dated, Nov 14 2015
New York NY

Respectfully
[signature]