Umar Alli - 241-15-09985                                12-24-15
Rikers Island A.M.K.C
18-18 Hazen Street                                      CC
East Elmhurst 11370

RECEIVED
SDNY PRO SE OFFICE
2015 DEC 29 PM 3:15

Pro Se Clerk
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Change of address

To: Pro Se Clerk,

I Umar Alli Pro Se Plaintiff In the below stated matters hereby Issue notice of change of address for the below stated matters. Plaintiff also respectfully request that the Courts Provide Courtesy Copy of all Docket Sheets.

12 Civ 3947 (GBD)(GWG)
14 Civ. 6597 (At)(KNF)
14 Civ. 10257 (RA)(JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/15

Umar. Alli. 241-15-09985
18-18 Hazen St
E. Elmhurst 11370

Respectfully

Umar Ali 241-15-09985
M.D.C. [illegible] 18-16 Hazen St
East Elmhurst 11370

Legal Mail

RECEIVED
SDNY PRO SE OFFICE
2015 DEC 29 PM 3:15

Pro Se Clerk
Southern District of New York
United States District Court
500 Pearl Street
New York NY 10007



USM P3 SDNY