

# CERTIFICATION

Completed Transcript:        10.68.0.21-ac2aaad30a44001539228a0cdcb7621a (16-02361)

Audio Source:        10.68.0.21-ac2aaad30a44001539228a0cdcb7621a (16-02361).wav

Matter Number:        2014-037122

Case Name:        ALLI, UMAR VS MOORE, JOHN DOE, ET. AL.

---

I hereby certify that the following document is an accurate transcription, to the best of my ability, of the audio source referenced above.

*/s/Lisa Woods-Taylor*
**LISA WOODS-TAYLOR**

| 1 | U/F: | Hello.  Hello. |
| 2 | Mr. Alli: | Hello. |
| 3 | U/F: | Hey. |
| 4 | Mr. Alli: | Yeah, did he call back? |
| 5 | U/F: | No. |
| 6 | Mr. Alli: | No? |
| 7 | U/F: | No, he ain't call, he ain't text.  I text him on my phone too. |
| 8 | Mr. Alli: | I'm talking 'bout -- I'm talking about, did you text him on |
| 9 | | Instagram? |
| 10 | U/F: | Yes, he didn't answer. |
| 11 | Mr. Alli: | Oh, okay.  I don't know, he supposed to go to parole today too, I |
| 12 | | don't know. |
| 13 | U/F: | Oh, boy. |
| 14 | Mr. Alli: | He said Layeshia followed him yesterday too out of nowhere. |
| 15 | | (Unclear). |
| 16 | U/F: | Followed him? |
| 17 | Mr. Alli: | Yeah, on Instagram.  Can you call -- did -- what Tiffany say? |
| 18 | U/F: | Oh, she said she will pay for you tomorrow. |
| 19 | Mr. Alli: | She said she would pay for me? |
| 20 | U/F: | Uh-huh. |
| 21 | Mr. Alli: | That's it? |
| 22 | U/F: | Uh-huh. |
| 23 | Mr. Alli: | Oh, she didn't say whether I call her or not, oh? |
| 24 | U/F: | No, she overlooked that. |
| 25 | Mr. Alli: | Alright.   (Unclear) getting access like you didn't answer the |

| | | |
|---|---|---|
| 1 | | question.  He said he didn't call you while he's in jail.  Alright. |
| 2 | | And call my Mr. Saavedra real quick -- |
| 3 | U/F: | Hey. |
| 4 | Mr. Alli: | -- before the phone hang up. |
| 5 | U/F: | Hey.  Stop it.  Call Mr. Saavedra back yet but he didn't answer or |
| 6 | | call back. |
| 7 | Mr. Alli: | I did.  Okay. |
| 8 | U/F: | Hold on. |
| 9 | Mr. Alli: | Alright. |
| 10 | U/F: | Just say hello one -- one once you hear like a moment of silence, |
| 11 | | just say, hello. |
| 12 | Mr. Alli: | Alright. |
| 13 | U/F: | Alright. |
| 14 | Mr. Alli: | Hello.  Hello.  Hello.  Hello.  Hello.  Hello.  Hello la la. |
| 15 | Mr. Saavedra: | --Department Daniel Saavedra speaking. |
| 16 | Mr. Alli: | How you doing? |
| 17 | Mr. Saavedra: | Hey Mr. Alli.  Listen I went back to them with what you said.  And |
| 18 | | they gave me some more money, but they -- they wanna -- they |
| 19 | | wanna do this a fifty, they won't go up to 55.  Now I -- I told them |
| 20 | | everything you told me about your son and a trust fund.  And they |
| 21 | | said we can put some of the 50 into a trust fund if you wanted to, |
| 22 | | but I wasn't able to do it to 55 for you.  And I mean I really tried. |
| 23 | | I, we agreed on the 50, but I was really hoping that, alright, I mean |
| 24 | | I told them that you had told me 50 -- 50 originally, so -- |
| 25 | Mr. Alli: | Okay.   Well I'll take the 50, but not with the 90 day waiting |

| | | |
|---|---|---|
| 1 | | period.  Like that is just like a (unclear). |
| 2 | Mr. Saavedra: | Well how much, how quickly do you want it? |
| 3 | Mr. Alli: | As quick as possible. |
| 4 | Mr. Saavedra: | Well the quickest way to insure that you get it quickly as possible |
| 5 | | is like, I'll do everything I can to expedite it.  Okay?  But the -- the |
| 6 | | I'll -- I'll let you know from experience the -- the thing that takes |
| 7 | | so long is the signing of the paperwork, you know what I mean? |
| 8 | Mr. Alli: | Yeah, (unclear). |
| 9 | Mr. Saavedra: | Could I mail it to you and then you got to get it notarized and then |
| 10 | | you got to mail it back to me, and then I have to submit it, you |
| 11 | | know what I mean?  That takes some time. |
| 12 | Mr. Alli: | Yeah, but -- |
| 13 | Mr. Saavedra: | We can cut the process in half if we can figure out a quicker way |
| 14 | | to sign the paperwork, you know. |
| 15 | Mr. Alli: | Yeah, but, not even if it's (unclear) the City has a 90 day policy, so |
| 16 | | -- |
| 17 | Mr. Saavedra: | Right. |
| 18 | Mr. Alli: | I want -- I seen it in certain cases where they -- they like change |
| 19 | | the policy to 30 or 60 days, that's the only reason why I asked. |
| 20 | Mr. Saavedra: | I'll -- I'll definitely try to expedite it.  I'll get the Comptroller's |
| 21 | | Officer to expedite it.  I don't know if they could do it in 30 days, |
| 22 | | but I know they will do it quickly as possible if I told them it has to |
| 23 | | get done quickly as possible.  Honestly, like I said, the thing that |
| 24 | | takes the longest time is from our end is signing the paperwork.  So |
| 25 | | I don't know if you have an access to a fax machine or what -- |

| | | |
|---|---|---|
| 1 | | whatever, but the quicker we get the paperwork, you know, that's |
| 2 | | notarized and signed the quicker that -- and I can I can do that |
| 3 | | paperwork, you know, I'll put you on the top of my list, you know. |
| 4 | Mr. Alli: | I have a fax -- |
| 5 | Mr. Saavedra: | I'll do that first. |
| 6 | Mr. Alli: | -- I have a fax number here. |
| 7 | Mr. Saavedra: | You want to do that then? |
| 8 | Mr. Alli: | Yeah. |
| 9 | Mr. Saavedra: | Alright.  I can send you the paperwork today.  Can you send it |
| 10 | | back today? |
| 11 | Mr. Alli: | Probably tomorrow afternoon. |
| 12 | Mr. Saavedra: | Okay.   And then -- then -- then I'll will process it tomorrow. |
| 13 | | Okay. |
| 14 | Mr. Alli: | Alright. |
| 15 | Mr. Saavedra: | The only thing that might, you know -- |
| 16 | Mr. Alli: | On the page just put attention: Umar Alli, you know. |
| 17 | Mr. Saavedra: | Okay.  You know, the only thing is with the holidays, you know, |
| 18 | | they might not be open on Sundays.  But you -- if you don't think |
| 19 | | it's gonna -- if it's been too long just give me a call and I'll call |
| 20 | | them. Okay?  You know what I mean? |
| 21 | Mr. Alli: | Okay. |
| 22 | Mr. Saavedra: | What's the fax number? |
| 23 | Mr. Alli: | 718 -- |
| 24 | Mr. Saavedra: | Uh-huh. |
| 25 | Mr. Alli: | -- 620 -2438. |

| | | |
|---|---|---|
| 1 | Mr. Saavedra: | Now, I'm gonna send it today.  If you don't get anything by 5:30, |
| 2 | | call me, 'cause that mean the fax didn't go through, you know. |
| 3 | Mr. Alli: | Alright.  If it's possible could you send a hard copy, courtesy copy |
| 4 | | to my house address? |
| 5 | Mr. Saavedra: | Yeah, is it the same address that's on the docket? |
| 6 | Mr. Alli: | Yeah. |
| 7 | Mr. Saavedra: | Okay.  I'll do that as well.  Okay. |
| 8 | Mr. Alli: | Alright.  Thank you. |
| 9 | Mr. Saavedra: | But, yeah, I'll do that right now. |
| 10 | Mr. Alli: | I appreciate it. |
| 11 | Mr. Saavedra: | Alright. |
| 12 | Mr. Alli: | Thank you. |
| 13 | Mr. Saavedra: | Take care. |
| 14 | Mr. Alli: | I'll talk to you later, alright. |
| 15 | Mr. Saavedra: | Alright, bye. |
| 16 | Mr. Alli: | Bye.  Hello.  Hello.  Yo. |
| 17 | Voice recording: | (Spanish) Securus. |
| 18 | | **END OF AUDIO FILE** |