UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UMAR ALLI,

       Plaintiff,

  -against-

WARDEN OF A.R.N.D.C., ET AL.,

       Defendants.
------------------------------------------------------------- x

ORDER

12 Civ. 3947 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

  Before this Court is Magistrate Judge Gabriel Gorenstein's Report and Recommendation ("Report," ECF No. 184), recommending that Plaintiff Umar Alli's motion to reopen this action be granted.[1] (*Id.* at 5.)

  No parties having filed objections and having found no clear error in the Report, this Court fully adopts those recommendations.

  For the reasons stated in the Report, Plaintiff's motion to reopen this action is GRANTED.

  The Clerk of Court is directed to close the motion at ECF No. 176 and reopen this case.

Dated: New York, New York
   January 10, 2017

SO ORDERED.

GEORGE B. DANIELS
United States District Judge

---

[1] The relevant procedural and factual background is set forth in greater detail in the Report, and is incorporated herein.