# MEMO ENDORSED



```
USDC SDNY
DO(
EI !         \LY FI ED
DU(
DATE FILED: 1/23/17
```

The Law Office of Ryan Lozar, P.C.
305 Broadway, 10th Floor, New York, NY 10007
Tel: (310) 867-1562; Alternate Tel: (646) 666-8262; Fax 1-877-666-4456
ryanlozar@gmail.com
www.ryanlozar.com/www.luchaportusderechos.com

January 20, 2017

The Honorable Gabriel W. Gorenstein
United States District Court for the Southern District of New York

Re: Alli v. Warden, et al., No. 12 Civ. 3947 (GBD) (GWG)
Related Cases: ~~Alli v. Moore, et al., No. 14 Civ. 6592 (AT) (KNF)~~
~~Alli v. Pedlar, et al., No. 14 Civ. 10257 (RA) (JLC)~~

*Granted.*
SO ORDERED: DATE: 1/23/17
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Dear Judge Gorenstein,

I represent Plaintiff Umar Alli in the above-captioned Section 1983 action. I write to provide the Court with a status report on the case, including the Parties' joint proposed schedule. While the proposed schedule in Section I is submitted jointly, I am the author of the balance of the status report and Defendants would like to reserve the right to dispute the characterizations I make herein and/or to dispute matters that I believe are the law of the case. The Parties are available for conference at the Court's convenience.

## I. The Joint Proposed Schedule

| EVENT | DATE |
|---|---|
| Deadline for Plaintiff's service of a Proposed Amended Complaint upon Defendants. | February 6, 2017 |
| Deadline for Plaintiff's filing of a letter regarding complaint amendment on ECF (which will include Defendants' position). Plaintiff will include the Proposed Amended Complaint as an Exhibit. | February 13, 2017 |
| Deadline for Defendants' production of a duplicate set of discovery to date. | February 24, 2017 |
| Close of discovery | May 31, 2017 |

*Deadline for a party to seek permission to move for summary judgment: May 31, 2017*

## II. The Complaint And The Parties Presently In The Action.

Defendants City, DiPierri, Rees, Singletary, Vega, Schriro, Lemon, Gleen (incorrectly listed as Glenn on the docket), Duffy, Brown, Bailey and Agro previously appeared and answered the operative pleading on the docket ("Appearing Defendants"). Docket No. 25 (Mr. Alli's handwritten First Amended