UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
UMAR ALLI,
:
                  Plaintiff,
:
  -against-                               ORDER
:
WARDEN OF R.N.D.C. (RIKERS ISLAND),       12 Civ. 3947 (GBD)
et al.,
:
:
                  Defendants.
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 21 2017

GEORGE B. DANIELS, United States District Judge:

      The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       April 20, 2017

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge