Daniels, G.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 25 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UMAR ALLI,

                                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                                Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-3947 (GBD) (GWG)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.       The above-referenced action is hereby dismissed with prejudice; and

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       April 19, 2017

RYAN LOZAR
*Attorney for Plaintiff Umar Alli*
305 Broadway, 10th Floor
New York, New York 10007
(310) 867-1562

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007
(212) 356-5056

By: /s/ Ryan Lozar
Ryan Lozar
*Attorney for Plaintiff*

By: /s/ Erin T. Ryan
Erin Ryan
*Assistant Corporation Counsel*

SO ORDERED:

/s/ George B. Daniels
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
Dated: APR 25 2017, 2017

2